IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRAD REGER, | ) | 02:05-cv-2156-GEB-GGH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| PATRICK SMITH; SIERRA MEDICAL SERVICES ALLIANCE d/b/a SEMSA, REMSA, and DOES 1-50, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

      On February 10, 2006, the parties filed a Stipulation to Shorten the Time to hear Plaintiff's Motion to Continue Defendants' Special Motion to Strike.

      The Stipulation is granted.  Plaintiff's Motion to Continue will be heard on February 27, 2006, with an Opposition to be filed by February, 17, 2006, and a Reply to be filed by February 22, 2006.

      IT IS SO ORDERED.

Dated:  February 14, 2006

                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge