IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD REGER, | 02:05-cv-2156-GEB-GGH |
| Plaintiff, | |
| v. | ORDER |
| PATRICK SMITH; SIERRA MEDICAL SERVICES ALLIANCE d/b/a SEMSA, REMSA, and DOES 1-50, | |
| Defendants. | |

On February 10, 2006, the parties filed a Stipulation to continue the hearing on Defendants' Special Motion to Strike until April 10, 2006.

The Stipulation is granted. The hearing on Defendant's Special Motion to Strike previously set for February 27, 2006, is continued until April 10, 2006, at 9:00 a.m.

IT IS SO ORDERED.

Dated: February 14, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge