UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD REGER, | 02:05-cv-2156-GEB-GGH |
| Plaintiff, | |
| v. | ORDER RE: SETTLEMENT AND DISPOSITION |
| PATRICK SMITH; SIERRA MEDICAL SERVICES ALLIANCE d/b/a SEMSA; REMSA, | |
| Defendants. | |

On April 18, 2007, Defendants filed a Notice of Settlement notifying the Court "that this matter has been settled" and that "[t]he parties will submit a stipulation for dismissal to this court when closing documentation has been completed." A dispositional document shall be filed no later than May 8, 2007. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

The trial scheduled to commence at 9:00 a.m. on May 30, 2007, and all related deadlines, will remain on calendar.[1]

IT IS SO ORDERED.

Dated:  April 18, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The trial will remain on calendar because the mere representation that an action has been settled does not justify removal of the action from a district court's trial docket. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).